UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 1 4 1999
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| STEVIE J. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:99CV1153(MLM) |
| ) | |
| PHIL MITTLEMAN, ) | |
| JOHN DOE, ) | |
| ) | |
| Defendants. ) | |

ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this _14_ day of _October_, 1999.

_____
UNITED STATES DISTRICT JUDGE

```
         UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
                      INTERNAL RECORD KEEPING
```

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 10/15/99 by lholwitt
              4:99cv1153      White vs Doe

28:1332 Diversity-Personal Injury

Stevie White -
#159332
Crossroads Correction Center
CRCC
1115 E. Pence Road
Cameron, MO   64429

SCANNED & FAXED BY:
OCT 15 1999
C. D. D.